August 14, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00008-CV

TROY THOELE, MIKE BARRO, RYAN PARTLOW, ADAM OUDA, AND TROY RICHARD, Appellant

V.

RENE HINOJOSA, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE PAROLE DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE; MARSHA MOBERLEY IN HER OFFICIAL CAPACITY AS CHAIRMAN OF THE TEXAS BOARD OF PARDONS AND PAROLES; AND THE TEXAS BOARD OF PARDONS AND PAROLES, Appellees

This cause, an appeal in favor of appellees, Rene Hinojosa, in His Official Capacity as the Director of the Parole Division of The Texas Department of Criminal Justice; Marsha Moberley in Her Official Capacity as Chairman of The Texas Board of Pardons and Paroles; and The Texas Board of Pardons and Paroles, signed, September 13, 2023, was heard on the appellate record. We have inspected record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered August 14, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.